1  Troncoso & Schell
   P.O. Box 9023352
2  San Juan, PR 00902-3352
   Telephone: (787) 722-0741
3  Facsimile: (787) 724-2563
   Attorneys for Plaintiff
4

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-cv-02866-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Mario González-Galán, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

**Come Now** the Plaintiffs, MARIO GONZALEZ-GALAN, MILDRED HERNANDEZ-CENTENO, MARIO GONZALEZ-ANDUJAR, WALLY GONZALEZ-ANDUJAR AND VANESSA GONZALEZ-ANDUJAR, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiffs or a representative of Plaintiffs attempt to re-file the claim against Defendants, they should do so only by re-filing in the United States District Court.

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

-1-

| | | |
|---|---|---|
| 1 | Dated: April 25, 2007 | TRONCOSO & SCHELL |
| 2 | | P.O. Box 9023352 |
| | | San Juan, PR 00902-3352 |
| 3 | | Telephone: (787) 722-0741 |
| | | Facsimile: (787) 724-2563 |

By: *[signature]*
Francisco M. Troncoso
Attorneys for Plaintiffs
Mario González-Galán
Mildred Hernández-Centeno
Mario González-Andújar
Wally González-Andújar
Vanessa González-Andújar

May 15, 2007
Dated: ~~April 25, 2007~~

GORDON & REES

By: *[signature]*
Stuart M. Gordon
Attorneys for Defendants

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2007

Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE